

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 09–40758
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Randal Eugene Phillips | Zelda Jean Phillips |
| 255 Oak Springs Rd | 255 Oak Springs Rd |
| Rutherfordton, NC 28139 | Rutherfordton, NC 28139 |
| Social Security No.: xxx–xx–8801 | Social Security No.: xxx–xx–7810 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Voluntary Petition Under Chapter 7 filed in the above referenced case on 09/18/2009 as document # 1 is defective for the reason(s) marked below:

Document(s) filed do not comply with Federal Bankruptcy Rule 9037–Privacy Protection.

**PLEASE TAKE NOTICE** that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: September 21, 2009                                              David E. Weich
                                                                        Clerk of Court

Electronically filed and signed (9/21/09)