

FILED & JUDGMENT ENTERED
David E. Weich

Oct 02 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Randall & Zelda Phillips  
DEBTOR(S)

CASE NUMBER:  
09-40758

## ORDER ON MOTION TO SEAL

**I. Basis**
THIS MATTER came before the court on debtors' counsel's motion to seal the debtors' September 18, 2009 Chapter 7 Bankruptcy petition pursuant to Bankruptcy Rule 9037.

**II. Order**
It is hereby ordered that the Motion to Seal is granted. Debtors' September 18, 2009 Chapter 7 Bankruptcy petition will be sealed.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court